# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2081

_____

| | | |
|---|---|---|
| Monty Ross, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| Joel Bautista, M.D.; Correctional | * | |
| Medical Services, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: August 31, 1998
Filed: September 4, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Monty Ross, a Missouri prisoner, appeals from the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. We have carefully reviewed the record and the parties' briefs, and affirm the judgment of the district court for the reasons set forth in its memorandum. See 8th Cir. R. 47B.

_____

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.